Matthew Righetti, Esq. (State Bar No. 121012)
John Glugoski, Esq. (State Bar No. 191551)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94101
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
Email: matt@righettilaw.com
Email: jglugoski@righettilaw.com

Reuben D. Nathan, Esq. (SBN 208436)
NATHAN & ASSOCIATES, APC
2901 W. Coast Highway, Ste. 200
Newport Beach, CA 92663
Telephone:(949) 270-2798
Facsimile:(949) 209-0303
Email: rnathan@nathanlawpractice.com

Attorneys for Plaintiff, RUBEN HARPER

**IT IS SO ORDERED**

Judge Yvonne Gonzalez Rogers

8/12/2019

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HARPER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MILLS, INC.; GENERAL MILLS SALES, INC.; and DOES 1 through 10, Inclusive.<br><br>Defendants. | Case No: 4:19-cv-02865-YGR<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF, RUBEN HARPER'S COMPLAINT, WITHOUT PREJUDICE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

1    TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR

2  RESPECTIVE COUNSEL OF RECORD:

3       Plaintiff, Ruben Harper, by and through his respective counsel, pursuant to

4  Federal Rules of Civil Procedure 41(a)(1)(A)(i), dismisses this lawsuit, without

5  prejudice.

6

7

8  DATED: August 5, 2019                By: */s/ Reuben D. Nathan*
                                            Reuben D. Nathan
9                                           Attorneys for Plaintiff,
10                                          RUBEN HARPER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE